FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV 13 PM 3:57
CLERK M. akin
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| LEISA MAXWELL, | * |
| Plaintiff, | * |
| v. | * CV 318-049 |
| BROCK & SCOTT, PLLC, | * |
| Defendant. | * |

# O R D E R

Presently before the Court is Plaintiff's Dismissal With Prejudice, which has been filed prior to Defendant serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE